UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re: ) Case No. 10-57076
    CZMIEL, ANTONI )
    CZMIEL, WIESLAWA )
)
)
)
)
               Debtor(s) )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 3, 2011 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 12, 2011      By: /s/ Richard M. Fogel
                                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CZMIEL, ANTONI | § | Case No. 10-57076 |
| CZMIEL, WIESLAWA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 11,500.20 |
| and approved disbursements of | $ 38.84 |
| leaving a balance on hand of [1] | $ 11,461.36 |
| **Balance on hand:** | $ 11,461.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,461.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,900.02 | 0.00 | 1,900.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,900.02 |
| Remaining balance: | $ 9,561.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 9,561.34 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,561.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 165,476.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 6,276.87 | 0.00 | 362.69 |
| 2 | Asset Acceptance, LLC assignee CITIBANK | 7,589.76 | 0.00 | 438.54 |
| 3 | Asset Acceptance, LLC assignee CITIBANK | 24,029.51 | 0.00 | 1,388.44 |
| 4 | Commonwealth Edison Company | 1,090.33 | 0.00 | 63.00 |
| 5 | Advanta Bank Corporation | 8,459.31 | 0.00 | 488.79 |
| 6 | Sallie Mae, Inc. on behalf of USA Funds | 36,691.14 | 0.00 | 2,120.04 |
| 7 | American Express Centurion Bank | 656.60 | 0.00 | 37.94 |
| 8 | College Loan Corp/BNY ELT/on behalf | 29,387.72 | 0.00 | 1,698.04 |
| 9 | American Express Bank, FSB | 155.76 | 0.00 | 9.00 |
| 10 | Cavalry Portfolio Services, LLC | 24,913.31 | 0.00 | 1,439.51 |
| 11 | FIA Card Services, NA/Bank of America | 21,888.69 | 0.00 | 1,264.74 |
| 12 | Portfolio Recovery Associates, LLC | 4,337.31 | 0.00 | 250.61 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,561.34 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 10-57076-JBS
Antoni Czmiel                                                 Chapter 7
Wieslawa Czmiel
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley               Page 1 of 3                   Date Rcvd: Oct 13, 2011
                              Form ID: pdf006             Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2011.
db/jdb       +Antoni Czmiel,    Wieslawa Czmiel,    1925 Larkdale Drive,    Glenview, IL 60025-4207
16600819      ACS,   P.O. Box 371834,    Pittsburgh, PA 15250-7834
16600821      ADT Security Services,    P.O. Box 650485,    Dallas, TX 75265-0485
16600820     +Acs/College Loan Corp,    501 Bleecker St,    Utica, NY 13501-2401
16600823      Advocate Lutheran General Hospital,    P.O. Box 73208,    Chicago, IL 60673-7208
17264748      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17230381      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16600827     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16600826     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
16600832      Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
16600833     +Bank Of America,    201 N Tryon St,    Charlotte, NC 28202-2146
16600838     +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16600840      Broward County Tax Collector,    P.O. Box 29009,    Fort Lauderdale, FL 33302-9009
16600842     +Buy Owner,    610 Enterprise Drive,    Oak Brook, IL 60523-1917
16600843     +CBCS,   P.O. Box 69,    Columbus, OH 43216-0069
17340153     +Cavalry Portfolio Services, LLC,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16600844     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17262192      College Loan Corp/BNY ELT/on behalf,    Great Lakes Educational Loans Services,
               Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
16600850      Comcast,   P.O. Box 3001,    Southeastern, PA 19398-3001
16600851     +Evelyn Czmiel,    1925 Larkdale Drive,    Glenview, IL 60025-4207
16600853     +Evelyn Czmiel,    1925 Larkdale Lane,    Glenview, IL 60025-4207
16600856     +General Revenue Corporation,    11501 Northlake Drive,    Cincinnati, OH 45249-1618
16600858     +Glelsi/College Loan Co,    2401 International Ln,    Madison, WI 53704-3121
16600859      Golf-Western Surgical Specialists,    8901 Golf Road,    Suite #305,    Des Plaines, IL 60016-4029
16600860      Great Lakes,    P.O. Box 3059,    Milwaukee, WI 53201-3059
16600862     +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
16600864     +IndyMac Bank,    P.O. Box 72226,    Phoenix, AZ 85050-1021
16928893      J Graham & Associates,    1120 David Taylor Drive Ste 310,    Charlotte, NC 28262
16600865     +JM Construction Corp,    1740 Potter Road,    Park Ridge, IL 60068-1131
16600866      Joan Czmiel,    1925 Larkdale Drive,    Glenview, IL 60025-4207
16928894     +LHR Inc,   56 main St,    Hamburg, NY 14075-4905
16600867     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16600870     +Midwest Bank & Trust,    1606 North Harlem Avenue,    Chicago, IL 60707-4396
16600871      Midwest Diagnostic Pathology, SC,    75 Remittance Drive,    Suite #3070,    Chicago, IL 60675-3070
16600872     +NCC Business Services, Inc.,    3733 University Blvd W,    Suite 300,    Jacksonville, FL 32217-2103
16600876      North Shore University Health Sys.,    Hospital Billing,    23056 Network Place,
               Chicago, IL 60673-1230
16600877     +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
17373783     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,
               Norfolk VA 23541)
16600878      Park Ridge Anesthesiology,    P.O. Box 1123,    Jackson, MI 49204-1123
16600880     +S&S Financial,    1121 South Military Trail,    #303,    Deerfield Beach, FL 33442-7645
16600882      Sony Financial Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
16600883      Specialized Loan Servicing, LLC,    P.O. Box 105219,    Atlanta, GA 30348-5219
16600885     +The Albert Law Firm, P.C.,    205 West Randolph Street,    Suite #920,    Chicago, IL 60606-1814
16600886      United Student Aid Funds, Inc.,    P.O. Box 6028,    Indianapolis, IN 46206-6028
16600887     +Vantage Sourcing,    P.O. Box 6786,    Dothan, AL 36302-6786
16600889      Village of Glenview,    1225 Waukegan Road,    Glenview, IL 60025-3019
16600890      Virtuoso Sourcing Group, Inc.,    P.O. Box 5818,    Denver, CO 80217-5818
16600891      Wachovia,   1525 West W.T. Harris Boulevard,    Charlotte, NC 28288-0376
16600892     +Yolandra L. Johnson, M.D.,    510 Green Bay Road,    Kenilworth, IL 60043-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17038030      E-mail/Text: bkr@cardworks.com Oct 14 2011 01:30:42     Advanta Bank Corporation,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
16600822     +E-mail/Text: bkr@cardworks.com Oct 14 2011 01:30:42     Advanta Credit Cards,    P.O. Box 9217,
               Old Bethpage, NY 11804-9017
16931062      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2011 01:52:19
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16600829      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 14 2011 01:30:21     Asset Acceptance,
               P.O. Box 2036,    Warren, MI 48090-2036
16600830      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 14 2011 01:30:21
               Asset Acceptance Llc (Original Cred,    Po Box 2036,    Warren, MI 48090-2036
16943582      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 14 2011 01:30:21
               Asset Acceptance, LLC   assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
16600848      E-mail/Text: legalcollections@comed.com Oct 14 2011 01:30:30     Com Ed,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
17013987     +E-mail/Text: legalcollections@comed.com Oct 14 2011 01:30:30     Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
```

```
District/off: 0752-1           User: mhenley               Page 2 of 3              Date Rcvd: Oct 13, 2011
                               Form ID: pdf006             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17359819        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2011 01:52:19
                 FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
16600818        E-mail/Text: brenden.magnino@mcmcg.com Oct 14 2011 01:30:21      Midland Credit Management, Inc.,
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
16600869       +E-mail/Text: brenden.magnino@mcmcg.com Oct 14 2011 01:30:21      Midland Credit Management, Inc.,
                 Dept. 12421,    P.O. Box 603,    Oaks, PA 19456-0603
16600873       +E-mail/Text: bankrup@nicor.com Oct 14 2011 01:30:03       Nicor,    P.O. Box 0632,
                 Aurora, IL 60507-0632
16600874       +E-mail/Text: bankrup@nicor.com Oct 14 2011 01:30:03       Nicor Gas,    1844 Ferry Road,
                 Naperville, IL 60563-9600
16600875       +E-mail/Text: bnc@nordstrom.com Oct 14 2011 01:30:13       Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
16600881       +E-mail/PDF: pa_dc_claims@salliemae.com Oct 14 2011 01:53:38      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
17137357        E-mail/PDF: pa_dc_litigation@salliemae.com Oct 14 2011 01:53:38
                 Sallie Mae, Inc. on behalf of USA Funds,    Attn Bankruptcy Litigation Unit E3149,    Po Box 9430,
                 Wilkes Barre, PA 18773-9430
16600888        E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 14 2011 01:52:32     Verizon Wireless,
                 P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16600825*      Advocate-Lutheran General Hospital,    P.O. Box 73208,    Chicago, IL 60673-7208
16600824*      Advocate-Lutheran General Hospital,    P.O. Box 73208,    Chicago, IL 60673-7208
16600828*     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16600831*     +Asset Acceptance Llc (Original Cred,    Po Box 2036,    Warren, MI 48090-2036
16600835*     +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16600837*     +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
16600839*     +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
16600841*      Broward County Tax Collector,    P.O. Box 29009,    Fort Lauderdale, FL 33302-9009
16600845*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16600846*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16600847*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16600849*      Com Ed,   P.O. Box 6111,    Carol Stream, IL 60197-6111
16600855*     +Evelyn Czmiel,    1925 Larkdale Drive,    Glenview, IL 60025-4207
16600852*      Evelyn Czmiel,    1925 Larkdale Drive,    Glenview, IL 60025-4207
16600854*      Evelyn Czmiel,    1925 Larkdale Drive,    Glenview, IL 60025-4207
16600857*     +General Revenue Corporation,    11501 Northlake Drive,    Cincinnati, OH 45249-1618
16600863*     +Hsbc/Carsn,    Po Box 15521,   Wilmington, DE 19850-5521
16600868*     +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
16600834    ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16600836    ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
16600861    ##+HMC Distributors, Inc.,    2101 Temple Drive,    Libertyville, IL 60048-9734
16600879    ##+Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
16600884    ##+TC Glass & Mirror, Inc.,    1703 White Street,    Des Plaines, IL 60018-2223
                                                                                   TOTALS: 0, * 18, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 3 of 3              Date Rcvd: Oct 13, 2011
                              Form ID: pdf006            Total Noticed: 66

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2011**                              **Signature:** _/s/ Joseph Speetjens_