**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CZMIEL, ANTONI           CZMIEL, WIESLAWA  Debtor(s) | § Case No. 10-57076 § § § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $787,449.36                    Assets Exempt: $43,799.36
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,561.51        Claims Discharged
                                                  Without Payment: $308,610.53

Total Expenses of Administration: $1,938.86

---

3) Total gross receipts of $   11,500.37   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $11,500.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,134,325.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,938.86 | 1,938.86 | 1,938.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 292,646.04 | 165,476.31 | 165,476.31 | 9,561.51 |
| **TOTAL DISBURSEMENTS** | $1,426,971.40 | $167,415.17 | $167,415.17 | $11,500.37 |

4) This case was originally filed under Chapter 7 on December 28, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2011          By: /s/RICHARD M. FOGEL
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Toyota Solara | 1129-000 | 1,500.00 |
| 2005 Chevrolet Express 2500 Cargo Van | 1129-000 | 3,000.00 |
| 2002 Mercedes Benz | 1229-000 | 7,000.00 |
| Interest Income | 1270-000 | 0.37 |
| **TOTAL GROSS RECEIPTS** | | **$11,500.37** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Midwest Bank & Trust | 4110-000 | 208,432.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia | 4110-000 | 220,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank | 4110-000 | 588,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 9,153.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Loan Servicing, LLC | 4110-000 | 108,740.36 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,134,325.36** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | N/A | 1,900.02 | 1,900.02 | 1,900.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 13.84 | 13.84 | 13.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,938.86 | 1,938.86 | 1,938.86 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | 7,252.00 | 6,276.87 | 6,276.87 | 362.69 |
| 2 | Asset Acceptance, LLC assignee CITIBANK | 7100-900 | 7,252.00 | 7,589.76 | 7,589.76 | 438.55 |
| 3 | Asset Acceptance, LLC assignee CITIBANK | 7100-900 | 24,523.00 | 24,029.51 | 24,029.51 | 1,388.47 |
| 4 | Commonwealth Edison Company | 7100-000 | 999.31 | 1,090.33 | 1,090.33 | 63.00 |
| 5 | Advanta Bank Corporation | 7100-900 | 17,460.00 | 8,459.31 | 8,459.31 | 488.79 |
| 6 | Sallie Mae, Inc. on behalf of USA Funds | 7100-000 | 35,254.00 | 36,691.14 | 36,691.14 | 2,120.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | American Express Centurion Bank | 7100-900 | 656.00 | 656.60 | 656.60 | 37.94 |
| 8 | College Loan Corp/BNY ELT/on behalf | 7100-000 | N/A | 29,387.72 | 29,387.72 | 1,698.07 |
| 9 | American Express Bank, FSB | 7100-900 | 202.00 | 155.76 | 155.76 | 9.00 |
| 10 | Cavalry Portfolio Services, LLC | 7100-900 | 20,000.00 | 24,913.31 | 24,913.31 | 1,439.53 |
| 11 | FIA Card Services, NA/Bank of America | 7100-900 | 21,888.00 | 21,888.69 | 21,888.69 | 1,264.77 |
| 12 | Portfolio Recovery Associates, LLC | 7100-900 | 4,464.00 | 4,337.31 | 4,337.31 | 250.62 |
| NOTFILED | Mcydsnb | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | LHR, Inc. | 7100-000 | 19,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | J. Graham and Associates | 7100-000 | 6,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | 9,211.81 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 272.61 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 847.43 | N/A | N/A | 0.00 |
| NOTFILED | Golf-Western Surgical Specialists | 7100-000 | 151.92 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | 3,496.00 | N/A | N/A | 0.00 |
| NOTFILED | HMC Distributors, Inc. | 7100-000 | 4,444.25 | N/A | N/A | 0.00 |
| NOTFILED | NCC Business Services, Inc. | 7100-000 | 17,110.01 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology, SC | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore University Health Sys. Hospital Billing | 7100-000 | 831.40 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom Fsb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Ridge Anesthesiology | 7100-000 | 125.24 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 632.04 | N/A | N/A | 0.00 |
| NOTFILED | Sony Financial Services | 7100-000 | 3,081.00 | N/A | N/A | 0.00 |
| NOTFILED | Vantage Sourcing | 7100-000 | 805.38 | N/A | N/A | 0.00 |
| NOTFILED | The Albert Law Firm, P.C. | 7100-000 | 13,128.71 | N/A | N/A | 0.00 |
| NOTFILED | Yolandra L. Johnson, M.D. | 7100-000 | 124.51 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 258.65 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TC Glass & Mirror, Inc. | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Glenview | 7100-000 | 174.36 | N/A | N/A | 0.00 |
| NOTFILED | CBCS | 7100-000 | 11,539.15 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Advocate-Lutheran General Hospital | 7100-000 | 3,618.80 | N/A | N/A | 0.00 |
| NOTFILED | Advocate-Lutheran General Hospital | 7100-000 | 1,189.14 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 95.56 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | 36,785.97 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Lutheran General Hospital | 7100-000 | 56.08 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Buy Owner | 7100-000 | 1,474.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 13,128.71 | N/A | N/A | 0.00 |
| NOTFILED | Blmdsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blmdsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 292,646.04 | 165,476.31 | 165,476.31 | 9,561.51 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57076  
**Case Name:** CZMIEL, ANTONI  
CZMIEL, WIESLAWA  
**Period Ending:** 12/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Debtors' Residence, Location: 1925 Larkdale Driv<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2 Debtor's 2nd Residence, Location: 3001 South Oce<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 3 Checking account Chase Bank P.O. Box 659754 San<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 31.80 | 0.00 | DA | 0.00 | FA |
| 4 Checking account. Chase Bank P.O. Box 659754 San<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 42.56 | 0.00 | DA | 0.00 | FA |
| 5 Debtors' television, couch, etc.<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 Debtors' Clothing<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 Debtor's business, AC Remodeling & Construction,<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 2004 Toyota Solara<br>　Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 9,325.00 | 4,100.00 | DA | 1,500.00 | FA |
| 9 2005 Toyota 4Runner<br>　Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 10,050.00 | 4,375.00 | DA | 0.00 | FA |
| 10 2005 Chevrolet Express 2500 Cargo Van<br>　Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 5,125.00 | 5,425.00 | DA | 3,000.00 | FA |
| 11 2008 Scion tC<br>　Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 9,175.00 | 22.00 | DA | 0.00 | FA |
| 12 Tools | 700.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57076  
**Case Name:** CZMIEL, ANTONI  
CZMIEL, WIESLAWA  
**Period Ending:** 12/01/11  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/06/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2002 Mercedes Benz (u) (See Footnote) | 0.00 | 13,000.00 | DA | 7,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.37 | FA |
| 14 | Assets   Totals (Excluding unknown values) | **$787,449.36** | **$26,922.00** | | **$11,500.37** | **$0.00** |

RE PROP# 8   Trustee authorized to sell estate's interest to debtor for 75% per o/c 4-7-11. Due to debtor's illness and inability to pay, Trustee will abandon remaining interest in asset at final meeting.

RE PROP# 9   Trustee authorized to sell estate's interest to debtor for 75% per o/c 4-7-11. Due to debtor's illness and inability to pay, Trustee will abandon interest in vehicle at final meeting.

RE PROP# 10   Trustee authorized to sell estate's interest to debtor for 75% per o/c 4-7-11. Due to debtor's illness and inability to pay, Trustee will abandon interest in vehicle at final meeting.

RE PROP# 11   Trustee authorized to sell estate's interest to debtor for 75% per o/c 4-7-11. Due to debtor's illness and inability to pay, Trustee will abandon interest in vehicle at final meeting.

RE PROP# 13   Trustee authorized to sell estate's interest to debtor for 75% per o/c 4-7-11. Due to debtor's illness and inability to pay, Trustee will abandon interest in vehicle at final meeting.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012        **Current Projected Date Of Final Report (TFR):**   October 12, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-57076 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | CZMIEL, ANTONI | | Bank Name: | The Bank of New York Mellon |
| | CZMIEL, WIESLAWA | | Account: | 9200-******34-65 - Money Market Account |
| Taxpayer ID #: | **-***3727 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/19/11 | {13} | AC REMODELING & CONSTRUCTION, INC. | Initial payment for vehicles per o/c 4-8-11 | 1229-000 | 4,000.00 | | 4,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,000.01 |
| 05/19/11 | {13} | AC REMODELING & CONSTRUCTION | Installment payment | 1229-000 | 1,500.00 | | 5,500.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,500.04 |
| 06/17/11 | {13} | JOANNA CZMIEL | Installment payment | 1229-000 | 1,500.00 | | 7,000.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,000.08 |
| 07/22/11 | {8} | ANTONI CZMIEL | Installment payment | 1129-000 | 1,500.00 | | 8,500.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,500.13 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.84 | 8,486.29 |
| 08/18/11 | {10} | JOANNA CZMIEL | Installment payment | 1129-000 | 3,000.00 | | 11,486.29 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,486.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,461.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,461.44 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,461.53 |
| 11/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 11,461.53 |
| 11/02/11 | | To Account #9200******3466 | Close account and transfer for final distributions | 9999-000 | | 11,461.53 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,500.37 | 11,500.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,461.53 | |
| | | | Subtotal | | 11,500.37 | 38.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $11,500.37 | $38.84 | |

{} Asset reference(s)    Printed: 12/01/2011 07:15 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-57076
**Case Name:** CZMIEL, ANTONI
CZMIEL, WIESLAWA
**Taxpayer ID #:** **-***3727
**Period Ending:** 12/01/11

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******34-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/02/11 | | From Account #9200******3465 | Close account and transfer for final distributions | 9999-000 | 11,461.53 | | 11,461.53 |
| 11/04/11 | 101 | Richard M. Fogel | Dividend paid 100.00% on $1,900.02, Trustee Compensation; Reference: | 2100-000 | | 1,900.02 | 9,561.51 |
| 11/04/11 | 102 | American InfoSource LP as agent for | 5.77% dividend on Claim # 1, Ref: 41632070 | 7100-900 | | 362.69 | 9,198.82 |
| 11/04/11 | 103 | Asset Acceptance, LLC assignee CITIBANK | 5.77% dividend on Claim # 2, Ref: 41632070 | 7100-900 | | 438.55 | 8,760.27 |
| 11/04/11 | 104 | Asset Acceptance, LLC assignee CITIBANK | 5.77% dividend on Claim # 3, Ref: 41311781 | 7100-900 | | 1,388.47 | 7,371.80 |
| 11/04/11 | 105 | Commonwealth Edison Company | 5.77% dividend on Claim # 4, Ref: 2219585012 | 7100-000 | | 63.00 | 7,308.80 |
| 11/04/11 | 106 | Advanta Bank Corporation | 5.77% dividend on Claim # 5, Ref: 10992 | 7100-900 | | 488.79 | 6,820.01 |
| 11/04/11 | 107 | Sallie Mae, Inc. on behalf of USA Funds | 5.77% dividend on Claim # 6, Ref: ACCOUNT NUMBER ENDING 762 | 7100-000 | | 2,120.08 | 4,699.93 |
| 11/04/11 | 108 | American Express Centurion Bank | 5.77% dividend on Claim # 7, Ref: 3499911949815443 | 7100-900 | | 37.94 | 4,661.99 |
| 11/04/11 | 109 | College Loan Corp/BNY ELT/on behalf | 5.77% dividend on Claim # 8, Ref: | 7100-000 | | 1,698.07 | 2,963.92 |
| 11/04/11 | 110 | American Express Bank, FSB | 5.77% dividend on Claim # 9, Ref: 3499911142835343 | 7100-900 | | 9.00 | 2,954.92 |
| 11/04/11 | 111 | Cavalry Portfolio Services, LLC | 5.77% dividend on Claim # 10, Ref: | 7100-900 | | 1,439.53 | 1,515.39 |
| 11/04/11 | 112 | FIA Card Services, NA/Bank of America | 5.77% dividend on Claim # 11, Ref: 1607 | 7100-900 | | 1,264.77 | 250.62 |
| 11/04/11 | 113 | Portfolio Recovery Associates, LLC | 5.77% dividend on Claim # 12, Ref: | 7100-900 | | 250.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,461.53 | 11,461.53 | $0.00 |
| | | | Less: Bank Transfers | | 11,461.53 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,461.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,461.53** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-57076 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | CZMIEL, ANTONI | | Bank Name: | The Bank of New York Mellon |
| | CZMIEL, WIESLAWA | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***3727 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **MMA # 9200-******34-65** | 11,500.37 | 38.84 | 0.00 |
| | **Checking # 9200-******34-66** | 0.00 | 11,461.53 | 0.00 |
| | | $11,500.37 | $11,500.37 | $0.00 |

{} Asset reference(s)            Printed: 12/01/2011 07:15 AM   V.12.57